**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CASE NO.:** |
| | **4:26-CR-12-CDL-AGH-1** |
| **DEMETRIC THOMAS** | |

**ORDER GRANTING DEFENDANT'S**
**UNOPPOSED MOTION TO CONTINUE**

Defendant was indicted on June 10, 2026, Doc. 1, and arraigned on March 15, 2026. A Pretrial Conference is currently scheduled for August 4, 2026. The defendant requests a continuance, and the government does not oppose. Specifically, the Defendant needs additional time to receive and review discovery with Counsel.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the December 2026 trial term and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act. The final pretrial conference will be rescheduled for a date prior to the December 2026 trial term.

SO ORDERED, this 24th day of July 2026.

_S/Clay D. Land, U.S. District Judge